IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc. et al.,<br><br>Debtors | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>E. J. Reynolds, Inc.<br>Cyrk, Inc.<br>Office Management Systems, Inc.<br>Saber Fleet Services, Inc. d/b/a Weiland Tire Service<br>Tacony Corporation<br>Little Beaver, Inc.<br>Diamant Boart, Inc.<br>Tsurumi (America), Inc.<br>Harbor Graphics Corporation<br>Multiquip, Inc.<br>Bobcat Company<br>Nortrax Equipment Co. South LA<br>Nortrax Equipment Co. SE, LLC<br>Partner Industrial Products<br>Rentlink, Inc.<br>Equipment Development Co., Inc.<br>Fischer Group<br>Dossey Holdings, Inc.<br>L&P Financial Services<br>Jeff Falkanger & Associates<br>Morgan Guaranty Trust Company of New York,<br><br>Defendants. | District Court Case Nos. (KAJ)<br><br>04-CV-722<br>04-CV-734<br>04-CV-742<br>04-CV-753<br><br>04-CV-808<br>04-CV-997<br>04-CV-1004<br>04-CV-1005<br>04-CV-1007<br>04-CV-1025<br>04-CV-1026<br>04-CV-1044<br>04-CV-1045<br>04-CV-1047<br>04-CV-1054<br>04-CV-1128<br>04-CV-1141<br>04-CV-1155<br>04-CV-1165<br>04-CV-1184<br>04-CV-1192 |

## AFFIDAVIT OF SERVICE

Jane M. Wojslawowicz, being of full age, deposes and states:

-2-

1.  I am a legal secretary employed by the law firm of Lowenstein Sandler, PC, counsel to NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee.

2.  On March 9, 2006, I caused true and correct copies of the Order entered by Magistrate Judge Thynge Scheduling Another Teleconference for Monday, April 24, 2006 at 5:00 p.m. (EST) to be served on the service list annexed hereto **via United States Postal Service, first class mail, postage pre-paid.**

3.  I certify, under penalty of perjury, that the aforementioned statements made by me are true to the best of my knowledge and belief.

_____
Jane M. Wojslawowicz

Sworn before me on 9ᵗʰ day of
March, 2006


_____
Notary Public

**YVETTE ASH
A Notary Public Of New Jersey
My Commission Expires Sept. 14, 2008**

-2-

**In re NationsRent, Inc., et al.**
**Case Nos. 01-11628 through 01-11639**

**Service List**

Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130

Jeffrey Margolin, Esq.
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York 10004

Jeffrey Wisler, Esq.
Cristina M. Thompson, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19801

G. Christopher Meyer, Esq.
Squire Sanders & Dempsey, LLP
4900 Public Square
Cleveland, Ohio 44114-1304

Les Shayo, Esq.
8383 Wilshire Boulevard
Suite 510
Beverly Hills, California 90211

Brett D. Fallon, Esq.
Patrick M. Leathem, Esq.
Morris James Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899-2306

President/CEO
Equipment Development Co.
100 Thomas Johnson Drive
Frederick, Maryland 21702

President/CEO
Fischer Group
305 South Andrews
Fort Lauderdale, Florida 33301

-4-

Christopher A. Camardello, Esq.
Wintrop & Weinstine, PA
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402

Thomas G. Whalen, Jr., Esq.
Stevens & Lee, PC
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801

Andrea S. Hartley, Esq.
Akerman Senterfitt
One Southeast Third Avenue, 28th Floor
Miami, Florida 33131-1714

President/CEO
L & P Financial Services
8905 East Garvey
Rosemead, California 91770

Jeffrey P. Wasserman, Esq.
Ciconte Roseman & Wasserman
1300 King Street
P.O. Box 1126
Wilmington, Delaware 19899

Steven S. Miller, Esq.
Legal Department
JP Morgan Chase & Co.
One Chase Manhattan Plaza
New York, New York  10081

Richard H. Cross, Esq.
Amy Evans, Esq.
Cross & Simon, LLC
913 North Market Street, Suite 1001
P. O. Box 1380
Wilmington, Delaware 19801-1380

Richard C. Macias, Esq.
Creim Macias & Koenig, LLP
633 West 5th Street, 51st Floor
Los Angeles, California 90071

William D. Sullivan, Esq.
Buchanan Ingersoll, PC
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801-1236

Amy Evans, Esq.
Cross & Simon, LLC
913 North Market Street, Suite 1001
P. O. Box 1380
Wilmington, Delaware 19801-1380

Eric Linderman, Esq.
Harris Beach, LLP
805 Third Avenue
New York, New York 10022

Kenneth R. Moore
President/CEO
Saber Fleet Services, Inc. d/b/a Weiland Tire Servic
15600 Bourline Road
Fort Worth, Texas 76111

Gary Vist, Esq.
Masudafunai
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262

Richard N. Riley, Esq.
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246

Ashley Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130